IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLLIE D. CARTER-THOMAS,

                      Plaintiff,                      ORDER

  v.

                                                   11-cv-797-bbc

MR. MICHAEL ASTRUE,
Commissioner of Social Security,

                      Defendant.

---

       Plaintiff Ollie D. Carver-Thomas has filed a suit *pro se* pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. Plaintiff seeks to commence this lawsuit without prepayment of the filing fees and costs or providing security therefor, pursuant to 28 U.S.C. § 1915.

       To determine whether a plaintiff qualifies for indigent status, the court uses the following calculation. From plaintiff and her spouse's annual gross income, the court subtracts $3700 for each dependent, excluding the plaintiff. If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs; if the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs. If the balance is more than $32,000, plaintiff must pay the $350 filing fee. Substantial assets or debts require individual consideration.

       From plaintiff's affidavit of indigency, I find that she and her husband have a monthly income of $7,231.62 or an annual income of $86,779.44. Plaintiff has no dependents. Therefore, plaintiff is able to prepay the fees and costs of commencing this action in the amount of $350.

IT IS ORDERED that Ollie Carver-Thomas's motion for leave to proceed *in forma pauperis* is DENIED. Plaintiff must pay the filing fee of $350 no later than December 28, 2011. If she fails to do so, this action may be dismissed for her failure to prosecute it. Upon receipt of plaintiff's payment, the court will enter an order concerning service of her complaint.

Entered this 30th day of November, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge