IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLLIE D. CARVER-THOMAS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-797-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Michael J. Astrue granting his motion to dismiss this case.

_L. Jensen, Deputy Clerk_      _4/27/2012_
Peter Oppeneer, Clerk of Court      Date