IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OLLIE CARVER-THOMAS,

  Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-797-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Michael J. Astrue, Commissioner of Social Security, denying plaintiff Alisa Michele Morgan's application for disability insurance benefits.

_____
Peter Oppeneer, Clerk of Court

11/21/12
Date